Ira Gottlieb
Jonathan Short
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056
Tel:  (973) 622-4444
Fax:  (973) 624-7070
igottlieb@mccarter.com
jshort@mccarter.com

*Attorneys for Plaintiff*
*PNY Technologies, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PNY TECHNOLOGIES, INC., <br><br>  Plaintiff, <br><br> v. <br><br> ELITEGROUP COMPUTER SYSTEMS CO., LTD and CHINA EXPORT & CREDIT INSURANCE CORPORATION (SINOSURE), <br><br>  Defendants. | **Civil Action No. 2:13-cv-02162-JLL-MAH** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff PNY Technologies, Inc. ("PNY"), by and through its counsel, files this voluntary dismissal with prejudice.  PNY hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendants Elitegroup Computer Systems Co., Ltd and China Export & Credit Insurance Corporation (SINOSURE).

|  | **McCARTER & ENGLISH, LLP** |
|---|---|
| Dated:  May 17, 2013 | s/Jonathan Short |
|  | Ira Gottlieb |
|  | Jonathan Short |
|  | **McCARTER & ENGLISH, LLP** |
|  | Four Gateway Center |
|  | 100 Mulberry Street |
|  | Newark, New Jersey 07102-4056 |
|  | Tel:  (973) 622-4444 |
|  | Fax:  (973) 624-7070 |
|  | igottlieb@mccarter.com |
|  | jshort@mccarter.com |

*Attorneys for Plaintiff*
*PNY Technologies, Inc.*